# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

| | |
|---|---|
| **CONTAINER LIFE CYCLE** : | |
| **MANAGEMENT, LLC,** *et al.***,** : | |
| : | Case No. 6:20-CV-6001 |
| Plaintiffs, : | |
| : | Judge Susan O. Hickey |
| v. : | |
| : | |
| **SAFETY MANAGEMENT** : | |
| **SERVICES COMPANY,** *et al.***,** : | |
| : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted in this litigation are hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

Respectfully submitted,

McMILLAN, McCORKLE & CURRY, LLP
F. Thomas Curry (Ark. Bar No. 82189)
929 Main Street
P. O. Box 607
Arkadelphia, AR 71923
(870) 246-2468
(870) 246-3851 - Facsimile
E-Mail - Curry@mtmc-law.com

VORYS, SATER, SEYMOUR AND PEASE LLP
John M. Kuhl (Ohio Bar #0080966)
(Pro Hac Vice)
Kara M. Mundy (Ohio Bar #0091146)
(Pro Hac Vice)
Danielle S. Rice (Ohio Bar # 0093757)
(Pro Hac Vice)
52 East Gay Street
P.O. Box 1008

    Columbus, Ohio 43216-1008
    Phone: (614) 464-5646
    Fax: (614) 719-5129
    Email: jmkuhl@vorys.com
    kmmundy@vorys.com
    dsrice@vorys.com

*By:* */s/ John M. Kuhl*
   John M. Kuhl
   *Attorneys for Plaintiffs*

   Christopher Heller (Ark. Bar No. 81083)
   Martin A. Kasten (Ark. Bar No. 99100)

   FRIDAY, ELDREDGE & CLARK, LLP
   400 West Capitol Avenue, Suite 2000
   Little Rock, AR 72201-3522
   Telephone: (501) 370-1506
   Email: Heller@fridayfirm.com
      MKasten@fridayfirm.com

*By:* */s/ Christopher Heller*
   Christopher Heller
   *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

  I certify that on this 4th day of August, 2023, a true and accurate copy of the foregoing was served upon counsel of record via the Court's e-filing system.

                */s/ Danielle S. Rice*
                Danielle S. Rice