IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CONTAINER LIFE CYCLE
MANAGEMENT, LLC, *et al.*                                                                PLAINTIFFS

v.                                             Case No. 6:20-cv-6001

SAFETY MANAGEMENT
SERVICES COMPANY, *et al.*                                                             DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice.  ECF No. 159.  The parties stipulate that all claims asserted in this matter should be dismissed with prejudice.  An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  The instant stipulation of dismissal is signed by Plaintiffs and Defendants.  Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for purposes of maintaining the docket.  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS SO ORDERED**, this 15th day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge